RECEIVED
AUG 2 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TANISHA GLOVER, Individually and o/b/o Saltina Glover Estate<br>JENNIE JOURNET<br>o/b/o Karlos Journet and Jaylen Journet<br>VS.<br>FORD MOTOR CO. | CIVIL ACTION NO. 06-0513<br>JUDGE DOHERTY<br>MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff, Tanisha Glover, individually and behalf of her deceased minor child Saltina Glover, and plaintiff Jennie Journet, on behalf of her minor children Karlos and Jaylen Journet, allege the following: On February 24, 2006, Saltina Glover, Karlos Journet, and Jaylen Journet were all passengers in a 1999 Ford Explorer being driven east on I-10 in Travis County, Texas by Tashieka Jacks; Joseph Journet, the owner of the Explorer, was riding in the front passenger seat; Jacks made a steering maneuver to avoid a piece of tire tread in the road, which caused the vehicle to sway uncontrollably and to roll several times, coming to rest on its roof in a nearby median; all passengers were ejected from the vehicle except Jacks; Saltina Glover died after suffering excruciating pain in the emergency room where she remained alive for 27 hours before succumbing to her injuries; Karlos Journet sustained serious bodily injuries as a result of the accident, which will require reconstructive surgery; and Jaylen Journet suffered severe emotional distress and will need to undergo treatment for post-traumatic stress disorder because she suffers from nightmares, depression, and anxiety from the trauma of being involved in the accident.

2

Plaintiffs contend that the accident was caused by defendant Ford Motor Company for the negligent design, manufacture, and sale of a vehicle that was unreasonably dangerous and for failing to warn plaintiffs of the dangerous roll-over tendencies of the Explorer vehicle. Plaintiffs seek damages for the wrongful death of Saltina Glover and for the damages sustained by Karlos and Jaylen Journet.

Considering the nature of the injuries sustained by the minor plaintiffs,, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on August 23 / /2006,

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)