RECEIVED
APR 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TANISHA GLOVER, INDIVIDUALLY AND ON BEHALF OF HER DECEASED MINOR CHILD, SALTINA GLOVER AND JENNIE JOURNET, ON BEHALF OF HER MINOR CHILDREN, KARLOS AND JAYLEN JOURNET | CIVIL ACTION NO. 06-513 |
| VERSUS | JUDGE DOHERTY |
| FORD MOTOR COMPANY | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING ON MOTIONS TO DISMISS OR ALTERNATIVELY TRANSFER VENUE AND ON MOTION TO UPSET TRIAL

Pending before the Court are: (1) a Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) and in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1404, filed by Tanisha Glover on March 1, 2007 [Doc. 20]; (2) a Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) and in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1404, filed by Jennie Journet on March 7, 2007 [Doc. 22]; and (3) an unopposed motion to upset trial and court deadlines, filed by Tanisha Glover [Doc. 15]. No opposition has been filed by defendants.

On March 5, 2007, a Notice of Motion Setting without Oral Argument [Doc. 21] was issued by this Court indicating opposition to Ms. Glover's motion must be filed within fifteen days of service of the motion. Likewise, on March 8, 2007, a Notice of Motion Setting without Oral Argument [Doc. 23] was issued by this Court again indicating opposition to Ms. Journet's motion must be filed within fifteen days of service of the motion. No opposition to either motion has been received by this Court. As the deadlines have passed for filing oppositions have passed and no

oppositions have been filed, this Court considers the motions as unopposed.

Seeing no error of law in the motions filed by Ms. Glover and Ms. Journet, this Court is inclined to dismiss these matters without prejudice; however, Ms. Glover and Ms. Journet indicate in their supplemental memoranda that litigation arising out of the facts giving rise to this matter is currently ongoing in the Southern District of Texas, Brownsville Division, where Ms. Glover and Ms. Journet ask this Court to transfer venue in the alternative. Accordingly, in consideration of litigation ongoing in the Southern District of Texas, Brownsville Division, this Court will grant the alternative relief requested by Ms. Glover and Ms. Journet.

In view of the foregoing, this Court GRANTS: (1) the Motion to Transfer Venue filed by Tanisha Glover [Doc. 20]; and (2) the Motion to Transfer Venue filed by Jennie Journet [Doc. 22]. As this matter is hereby TRANSFERRED to the Southern District of Texas, Brownsville Division, this Court hereby DENIES as MOOT the unopposed motion to upset trial and court deadlines filed by Tanisha Glover [Doc. 15].

THUS DONE AND SIGNED in Lafayette, Louisiana on this ___11___ day of April, 2007.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE