

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

April 11, 2007

| | |
|---|---|
| *800 Lafayette Street, Suite 2100* | *300 Fannin Street, Suite 1167* |
| *Lafayette, LA 70501* | *Shreveport, LA 71101-3083* |
| *1-866-323-1101* | *1-866-323-1101* |

Ms. Rosalinda D'Venturi
Deputy-In-Charge
Southern District of Texas, Brownsville Division
600 E. Harrison St.
Brownsville, TX 78520

      RE:    6:06-cv-0513
                 TANISHA GLOVER ET AL V. FORD MOTOR CO

Dear Clerk:

      Pursuant to order filed on April 11, 2007 in the above-captioned case, this matter is hereby transferred to your court.

      The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site address is: http://ecf.lawd.circ5.dcn; upon receipt of this letter, please contact our help desk (as listed below) or e-mail us at the following Lotus Notes address: Lawdml_cmecf Help Desk to obtain the login and password. The login and password will be for this official purpose only and should not be shared with any non-federal court personnel.

      Please acknowledge receipt on the enclosed copy of this letter.

      ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO RECEIVING COURT NAMED ABOVE.

      For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

      THUS DONE April 11, 2007.

                                    ROBERT H. SHEMWELL
                                    CLERK OF COURT

efa